UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25MJ2363JSD |
| ERIC EARNEST, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

Comes now Paul D'Agrosa, Assistant United States Attorney and enters his appearance on behalf of the United States in the above cause.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Paul J. D'Agrosa*
PAUL D'AGROSA, #36966MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this 27th day of October, 2025 on all counsel of record, via this Court's electronic case filing system.

/s/ Paul J. D'Agrosa